IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT D. SHELL                                        PLAINTIFF

v.                      Case No. 4:23-cv-4053

DARRELL WAYNE ELKIN;
STEVEN OTWELL; LT. GHORMLEY;
KATIE SHEETS; JACKSON CORNISH;
and WILL HARBERSON                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 74. Judge Bryant recommends that the Motion for Summary Judgment filed by Defendants' Ghormley, Cornish, Otwell, Sheets, and Harberson (ECF No. 58) be granted. Judge Bryant also recommends that the Motion for Summary Judgment filed by Defendant Elkin (ECF No. 62) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment filed by Defendants Ghormley, Cornish, Otwell, Sheets, and Harberson (ECF No. 58) and the Motion for Summary Judgment filed by Defendant Elkin (ECF No. 62) are **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge